Form 157 – ntcpvsale7

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11–42492–TBA
Chapter: 7
Judge: DONALD H. STECKROTH

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Imaging Center of Oradell LLC
   680 Kinderkamack Rd
   Oradell, NJ 07649

Social Security No.:

Employer's Tax I.D. No.:
   26–3566565

## NOTICE OF PROPOSED PRIVATE SALE

   Jeffrey Lester, Trustee in the above captioned case, proposed a private sale of certain property of the estate to the persons and on the terms described below.

   If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below, the Trustee, and the Clerk of the United States Bankruptcy Court.

   Such objection and request shall be filed with the Clerk and served upon the person named below on or before May 6, 2014.

   In the event an objection is timely filed, a hearing will be held before the Honorable DONALD H. STECKROTH on:

DATE:           5/19/2014
TIME:           10:00 A.M.
COURTROOM:      3A

   If no objection is filed with the Clerk and served upon the person named below on or before May 6, 2014, the sale will be consummated on or after the fifth day following the last day to file objections.

THE PROPERTY TO BE SOLD, THE PROPOSED PURCHASER AND THE SALE PRICE:
The bankruptcy estate's right, title and interest in the Debtor's outstanding accounts receivable whether known or unknown.
The Debtor, an imaging center located in Oradell, New Jersey, filed for Chapter 11 Bankruptcy on November 9, 2011 (the "Filing Date"). The Debtor's bankruptcy petition indicates that as of the Filing Date, it had outstanding accounts receivable of $219,646.20. On January 30,2012, the Bankruptcy Court entered an Order converting the Debtor's Bankruptcy Case to Chapter 7. On February 3, 2012, Jeffery A. Lester was appointed as the Debtor's Chapter 7 trustee.

On August 7,2013, the Debtor's principal, John M. Mavroudis, Esq., testified that the face value of the Debtor's outstanding accounts receivable was only $48,000, of which only 35% to 40% were actually collectable. Therefore, the actual value of the Debtor's outstanding accounts receivable is as little as $19,200.

Given these circumstances, including, but not limited to, the amount and age of the accounts receivable and the

potential defenses available to Debtor's customer/clients. the Trustee, in an exercise of his business judgment, believes the bankruptcy estate will be best served by the sale of the bankruptcy estate's right, title and interest in any outstanding accounts receivable, whether known or unknown, to SM Financial Services Corporation, P.O. Box 429, Frenchtown, New Jersey 08825 for the sum of $2,500.

      Higher or better offers may be submitted to the selling party no later than the date set for objections set forth above.

Request for additional information about the property to be sold should be directed to the Trustee at:
Jeffrey Lester
Braverman & Lester
374 Main St.
Hackensack, NJ 07601−5897
(201) 487−5544

      or the trustee's attorney (if applicable) at:
Barry J. Roy
Rabinowitz Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
973−597−9100


Dated: April 22, 2014
JJW:

                                                        James J. Waldron
                                                        Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                    Case No. 11-42492-TBA
Imaging Center of Oradell LLC                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: crichard               Page 1 of 2          Date Rcvd: Apr 22, 2014
                              Form ID: 157                 Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2014.
db            #+Imaging Center of Oradell LLC,    680 Kinderkamack Rd,    Oradell, NJ 07649-1600
aty            +David M. Schwadron,    Lewis Law Firm,    1930 E. Marlton Pike,    Suite Q-9,
                 Cherry Hill, NJ 08003-2150
aty            +Rabinowitz, Lubetkin, & Tully LLC,    293 Eisenhower Parkway,    Suite 100,
                 Livingston, NJ 07039-1711
aty            +Stephanie K. Hor-Chen,    Vedder Price, P.C.,    222 North LaSalle Street,    Suite 2600,
                 Chicago, IL 60601-1104
acc            +BVA Consulting Group,    14-25 Plaza Road,    #S 2-2,    Fairlawn, NJ 07410-3591
cr             +Denville Diagnostics Imaging,    Brian Dwyre,    161 East Main Street,    Denville, NJ 07834-2647
stkhld         +John Mavroudis,    c/o Philip Guarino,    690 Kinderkamack Road, Suite 300,
                 Oradell, Ne 07649-1595
cr             +Joseph Belasco, Jr.,    33 Summit Avenue,    Cedar Grove, NJ 07009-1923
intp            New Jersey Department of Health,    P.O. Box 360,    Trenton, NJ 08625-0360
cr             +New Jersey Realty Concepts, LLC,    33 Summit Avenue,    Cedar Grove, NJ 07009-1923
cr             +Thomas DiNardo,    33 Summit Ave.,    Cedar Grove, NJ 07009-1923
512536262       A & M Professional Uniform & Linen Service,    12 Tuxedo Ave,    Hawthorne, NJ 07506-1908
512536263      +Advanced Cleaning Concepts,    160 Market Street,    Saddle Brook, NJ 07663-5401
512536264      +Bug Doctor,    585 Winters Ave,    Paramus, NJ 07652-3900
512536265       Codonics Inc FEIM: 34-1367048,    PO Box 71-4121,    Columbus, OH 43271-4121
512536267      +GE Capital Corporation,    20225 Watertower Blvd,    Brookfield, WI 53045-3597
512536268      +GE Healthcare IITS LLC,    40 IDX Drive,    Burlington, VT 05403-7771
513138634      +General Electric Capital Corp.,    c/o Mitchell D. Cohen, Esq.,    Vedder Price PC,
                 1633 Broadway, 47th Floor,    New York, NY 10019-6771
512706516      +General Electric Company dba,    GE Healthcare Information Technology,    c/o Michael B. Bach,
                 25 Whitney Drive, Suite 106,    Milford, Ohio 45150-8400
512627643      +General Electric Company dba GE Healthcare Diagnos,    c/o Michael B. Bach,
                 25 Whitney Drive, Suite 106,    Milford, Ohio 45150-8400
512536270      +Integrated Document Technologies,    1 Cardinal Drive,    Little Falls, NJ 07424-1638
512536271      +John J. Doerr, MD,    914 Clifton Ave,    Clifton, NJ 07013-2708
513141453      +Joseph F. Belasco, Jr.,    c/o Curtis Plaza, Esq.,    Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
512536272      +Karen Cortellino MD,    19 Jarombek Dr,    Towaco, NJ 07082-1436
512536273     ++MEDRAD INC,    100 GLOBAL VIEW DRIVE,    WARRENDALE PA 15086-7601
               (address filed with court: Medrad,    PO Box 360172,    Pittsburgh, PA 15251-6172)
512694421       MEDRAD Inc.,    c/o Bayer Corp.,    Attn: Shirely Beach, Credit Dept.,    3930 Edison Lakes Parkway,
                 Mishawaka, IN 46545-3443
512536274      +New Jersey Realty Concepts, LLC,    690 Kinderkamack Road,    Oradell, NJ 07649-1524
512536275      +North Mountain Healthcare LLC,    30 Old Short Hills Rd Ste 1,    Millburn, NJ 07041-1319
512536276      +Peace Health Partners,    718 Teaneck Rd,    Teaneck, NJ 07666-4245
513118808      +Peace Health Partners, P.C.,    c/o Windels Marx Lane & Mittendorf, LLP,
                 120 Albany Street Plaza, 6th Floor,    New Brunswick, NJ 08901-2126
512536277       Purchase Power,    PO Box 371874,    Pittsburgh, PA 15250-7874
512536278      +Riker Danzig,    One Speedwell Ave,    Morristown, NJ 07960-6838
512536279      +Rio Vista Medical,    690 Kinderkamack Rd Ste 301,    Oradell, NJ 07649-1524
512536280       Stericycle Inc,    PO Box 6582,    Carol Stream, IL 60197-6582
512536281      +Tek Collect,    PO Box 1269,    Columbus, OH 43216-1269
513141450      +Thomas DiNardo,    c/o Curtis Plaza, Esq.,    Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
512536283      +Transcriptionnet,    34 E Germantown Pike Ste 278,    Norristown, PA 19401-1512
512536284       W B Mason,    PO Box 981101,    Boston, MA 02298-1101
513040319      +WB Mason Co., Inc.,    59 Centre St.,    Brockton, MS 02301-4075
512536285      +William T Brannan,    2 Carmella Ct,    Cedar Grove, NJ 07009-1350
512536286      +Worldwide Transcription Inc,    25 Robert Pitt Dr Ste 218,    Monsey, NY 10952-3375

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: leah.bynon@usdoj.gov Apr 22 2014 21:49:26     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 22 2014 21:49:23     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512536266       E-mail/Text: ge.legal@ge.com Apr 22 2014 21:49:26     GE Healthcare,    PO Box 640944,
                 Pittsburgh, PA 15264-0944
512536269       E-mail/Text: ge.legal@ge.com Apr 22 2014 21:49:26     GE Medical Systems,    PO Box 640944,
                 Pittsburgh, PA 15264
512751040      +E-mail/Text: bankruptcy@pb.com Apr 22 2014 21:50:16     Pitney Bowes Global Financial Services,
                 27 Waterview Drive,    Shelton, CT 06484-4301
512650058      +E-mail/Text: bankruptcy@pb.com Apr 22 2014 21:50:16     Pitney Bowes Inc,
                 4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
512750527      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 22 2014 21:49:23     United States Trustee,
                 1 Newark Center, Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 7
```

```
District/off: 0312-2          User: crichard              Page 2 of 2                  Date Rcvd: Apr 22, 2014
                              Form ID: 157                Total Noticed: 48
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Christopher Cramer
512536282    ##+Templeton Readings, LLC,   1302 Upper Glencoe Rd,   Sparks, MD 21152-9371
                                                                             TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2014 at the address(es) listed below:
```
              Andre L. Kydala    on behalf of Debtor    Imaging Center of Oradell LLC kydalalaw@aim.com,
               kydalalaw@aim.com
              Barry J. Roy    on behalf of Plaintiff Jeffrey A Lester broy@rltlawfirm.com
              Barry J. Roy    on behalf of Trustee Jeffrey  Lester broy@rltlawfirm.com
              Barry J. Roy    on behalf of Debtor    Imaging Center of Oradell LLC broy@rltlawfirm.com
              Curtis M Plaza    on behalf of Creditor    New Jersey Realty Concepts, LLC cplaza@riker.com,
               sdechoyan@riker.com
              Curtis M Plaza    on behalf of Creditor Thomas  DiNardo cplaza@riker.com,  sdechoyan@riker.com
              Curtis M Plaza    on behalf of Creditor Joseph  Belasco, Jr. cplaza@riker.com,  sdechoyan@riker.com
              Fran B. Steele    on behalf of U.S. Trustee    United States Trustee Fran.B.Steele@usdoj.gov
              Heather Lynn Anderson    on behalf of Defendant    State of New Jersey Department of Revenue
               heather.anderson@law.dol.lps.state.nj.us
              Heather Lynn Anderson    on behalf of Defendant    New Jersey Department of Treasury
               heather.anderson@law.dol.lps.state.nj.us
              Jeffrey Lester     jlester@bllaw.com,  NJ19@ecfcbis.com
              John J. Harmon    on behalf of Trustee Jeffrey  Lester jharmon@rltlawfirm.com,
               johnharmon42@gmail.com;ypalmeri@rltlawfirm.com
              Jonathan I. Rabinowitz    on behalf of Plaintiff Jeffrey A. Lester jrabinowitz@rltlawfirm.com,
               jrabinowitz@rltlawfirm.com
              Jonathan I. Rabinowitz    on behalf of Trustee Jeffrey  Lester jrabinowitz@rltlawfirm.com,
               jrabinowitz@rltlawfirm.com
              Mary Ellen Tully    on behalf of Trustee Jeffrey  Lester metully@rltlawfirm.com
              Michael J. Goettig    on behalf of Unknown Role Type    Tangible Secured Funding, Inc.
               mgoettig@vedderprice.com,  ecfnydocket@vedderprice.com
              Michael J. Goettig    on behalf of Creditor    General Electric Capital Corporation
               mgoettig@vedderprice.com,  ecfnydocket@vedderprice.com
              Mitchell Hausman    on behalf of U.S. Trustee    United States Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Guarino    on behalf of Defendant    Mavroudis, Rizzo & Guarino, LLC guarinolaw@gmail.com
              Philip Guarino    on behalf of Stockholder John  Mavroudis guarinolaw@gmail.com
              Philip Guarino    on behalf of Debtor    Imaging Center of Oradell LLC guarinolaw@gmail.com
              Philip Guarino    on behalf of Defendant Philip  Guarino guarinolaw@gmail.com
              Philip Guarino    on behalf of Defendant Michael  Mavroudis guarinolaw@gmail.com
              Philip Guarino    on behalf of Defendant John  Mavroudis guarinolaw@gmail.com
              Philip Guarino    on behalf of Defendant    Rio Vista Medical, LLC guarinolaw@gmail.com
              Philip Guarino    on behalf of Defendant    Rio Vista Management, LLC guarinolaw@gmail.desc
              Susan J. Dougherty    on behalf of Interested Party    New Jersey Department of Health
               susan.dougherty@dol.lps.state.nj.us
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 28
```